UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAKE,<br><br>        Plaintiff,<br><br>    v.<br><br>RALPH DIAZ, et al.,<br><br>        Defendants. | Case No. 20-cv-07618-DMR (PR)<br><br>**ORDER OF TRANSFER** |

On October 30, 2020, Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 and an application for *in forma pauperis* status. Dkts. 2, 3. On the same date, the Clerk of the Court notified Plaintiff in writing that this matter has been assigned to the undersigned Magistrate Judge. Dkt. 4.

The acts complained of occurred in Mule Creek State Prison in Amador County, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk shall transfer the case forthwith.

All pending motions are TERMINATED on this court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated:  December 21, 2020

_____
DONNA M. RYU
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).